KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Manuel Ojendez Felix,

Petitioner,

v.

John E Cantu, et al.,

Respondents.

No. CV-26-03123-PHX-SHD (ASB)

**ORDER**

Petitioner, through counsel, filed a Petition under 28 U.S.C. § 2241 (Doc. 1).  The Court dismissed the Petition with leave to amend.  Pending before the Court is Petitioner's June 8, 2026 Amended Petition (Doc. 4).  The Court will call for an answer to the Amended Petition.

In CV-26-01214-PHX-SHD, the Court granted Petitioner's prior habeas corpus petition and ordered Petitioner receive a bond hearing under 8 U.S.C. § 1226.  Petitioner's bond hearing was held on February 26, 2026.  The Immigration Judge (IJ) denied bond because Petitioner "failed to meet his burden of proving he is not a flight risk if released on bond." (Doc. 4 at 2.)  Specifically, the IJ stated at the hearing, "[t]hat's why I granted him Voluntary Departure, because he doesn't have a criminal history.  However, the court is cognizant that the recent reporting is that there is over a million cases in the United States of people with final orders removal who haven't left.  So, the court denied his relief. . . . I find that he is an extreme flight risk and I am going to deny bond." (*Id.*)

. . . .

Petitioner argues the February 26 bond hearing was constitutionally invalid because the IJ "placed the burden on Petitioner to establish that he was not a flight risk" and there was never any individualized assessment of whether Petitioner was a flight risk or danger to the community. (*Id.* at 3-4.) Accordingly, Petitioner contends his bond hearing violated his Fifth Amendment due process rights.

The Court will require a response to the Amended Petition. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1)    Respondents must answer the Amended Petition no later than **July 13, 2026**. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(2)    Petitioner may file a reply no later than **July 16, 2026**.

(3)    The Clerk of Court must immediately transmit by email a copy of this Order and the Amended Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

Dated this 2nd day of July, 2026.

Honorable Sharad H. Desai
United States District Judge

- 2 -