# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Manuel Ojendez Felix,

Petitioner,

v.

John E Cantu, et al.,

Respondents.

No. CV-26-03123-PHX-SHD (ASB)

**ORDER**

On May 5, 2026, Petitioner filed a Petition for Writ of Habeas Corpus challenging his immigration detention. (Doc. 1.)  On June 8, 2026, Petitioner amended her Petition. (Doc. 4.)   The Court directed Respondents to respond to the Petition.   (Doc. 5.) Respondents' response stated:

> Respondents do not oppose the petition nor the requested relief of release from custody.

(Doc. 7.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.  The Court will require Petitioner be released under the same conditions that existed prior to his detention.

**IT IS THEREFORE ORDERED** Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 4) is **granted** as to his request for release from custody.  Any remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must **immediately** release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **two business days** of Petitioner's release.

**IT IS FINALLY ORDERED** the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 14th day of July, 2026.

Honorable Sharad H. Desai
United States District Judge